**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR GRIGORYAN,<br>Petitioner,<br>v.<br>JAMES JANECKA,<br>Respondent. | Case No. EDCV 26-5094 JFW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1) the petition for writ of habeas corpus is GRANTED;

(2) Respondent is ORDERED to immediately release Petitioner **Edgar Grigoryan, A Number: 249125444** from custody;

(3) Respondent is ENJOINED from re-detaining Petitioner absent constitutionally adequate process, including notice, written reasons, and a meaningful opportunity to be heard;

(4) Respondent is ORDERED to provide Petitioner with a copy of the Court's Order at the time of release;

(5) Respondent is ORDERED to file a status report within two days of the date of this Order confirming Petitioner's release; and

(6) Any fee motion must be filed within the deadlines set by the Equal Access to Justice Act, 28 U.S.C. § 2412, and this Court's Local Rules. The Court retains jurisdiction to adjudicate any such motion or other collateral enforcement issues.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on counsel for Petitioner and counsel for Respondent.

DATED: October 13, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE