JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR GRIGORYAN, Petitioner, v. JAMES JANECKA, Respondent. | Case No. EDCV 26-5094 JFW (PVC) **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED THAT the Petition for Writ of Habeas Corpus is GRANTED and Judgment is entered in favor of Petitioner.

DATED: October 13, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE